```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```
_____

CROWN CASTLE USA INC., et al.,

                Plaintiffs,                05-CV-6163

      v.                                   **ORDER**

FRED A. NUDD CORPORATION, et al.,

                Defendant.

_____

      Having been advised by the remaining parties to this action that a settlement on all remaining claims is forthcoming, and having received no valid objection to this Court's dismissal of this action, this Court finds that its involvement is no longer necessary to the resolution of this case.  Accordingly, this case is now hereby dismissed with prejudice.[1]  The Court will retain jurisdiction for the purpose of effectuating any settlement.

      **ALL OF THE ABOVE IS SO ORDERED.**

                                            s/Michael A. Telesca
                                            MICHAEL A. TELESCA
                                        United States District Judge

Dated:    Rochester, New York
            November 10, 2011

---

[1] The parties are reminded that this case has been pending for nearly seven years.